UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re BLACK FARMERS DISCRIMINATION LITIGATION | )<br>)<br>)<br>)<br>) |

Misc. No. 08-0511 (PLF)

## ORDER

Upon consideration of Lead Class Counsel's motion [Dkt. No. 496] to designate

cy pres beneficiaries and approve partial distribution of cy pres funds pursuant to the settlement

agreement and the entire record herein, and for the reasons explained in the accompanying

Memorandum Opinion, it is hereby

ORDERED that the motion [Dkt. No. 496] is GRANTED; it is

FURTHER ORDERED the Claims Administrator shall within twenty (20) days of

the date of this Order distribute from the remaining settlement funds the amounts set forth below

to the following organizations:

| | |
|---|---|
| Arkansas Land and Community Development Corporation *as fiscal sponsor for the benefit of* Arkansas Land and Farm Development Corporation | $125,000 |
| Black Farmers and Agriculturalists Association | $62,500 |
| Black Oaks Center for Sustainable and Renewable Living | $22,500 |
| East Arkansas Enterprise Community | $37,500 |
| Farm Research Cooperative | $22,500 |
| Farm to Grow, Inc. | $22,500 |
| Federation of Southern Cooperatives | $750,000 |
| Kansas Black Farmers Association | $22,500 |
| Mississippi Family Farmers | $75,000 |
| Mississippi Minority Farmers Alliance | $37,500 |
| Morehouse Black Farmers and Landowners | $10,000 |
| National Black Farmers Association | $150,000 |

| | |
|---|---|
| National Family Farmers Coalition | $22,500 |
| North Carolina Minority Farmers | $10,000 |
| North-South Institute | $37,500 |
| Oklahoma Black Historical Research Project | $125,000 |
| Operation Spring Plant | $22,500 |
| Rural Advancement Foundation International | $37,500 |
| Rural Advancement Fund | $100,000 |
| Rural Coalition | $100,000 |
| Inquiring Systems, Inc. *as fiscal sponsor for the benefit of* Southeastern African-American Organic Network | $50,000 |
| Southwest Georgia Project | $125,000 |
| UDC School of Law | $28,425 |
| United Farmers, USA | $50,000 |
| Whitaker Small Farm Group | $22,500 |
| Winston County Self Help Cooperative | $50,000 |

it is

FURTHER ORDERED that the Claims Administrator in 2019 shall, within twenty (20) days after receiving a request from Lead Class Counsel, distribute to the following organizations the amounts set forth below from the remaining settlement funds:

| | |
|---|---|
| Arkansas Land and Community Development Corporation *as fiscal sponsor for the benefit of* Arkansas Land and Farm Development Corporation | $125,000 |
| Black Farmers and Agriculturalists Association | $62,500 |
| Black Oaks Center for Sustainable and Renewable Living | $22,500 |
| East Arkansas Enterprise Community | $37,500 |
| Farm Research Cooperative | $22,500 |
| Farm to Grow, Inc. | $22,500 |
| Federation of Southern Cooperatives | $750,000 |
| Kansas Black Farmers Association | $22,500 |
| Mississippi Family Farmers | $75,000 |
| Mississippi Minority Farmers Alliance | $37,500 |
| Morehouse Black Farmers and Landowners | $10,000 |
| National Black Farmers Association | $150,000 |

2

| | |
|---|---|
| National Family Farmers Coalition | $22,500 |
| North Carolina Minority Farmers | $10,000 |
| North-South Institute | $37,500 |
| Oklahoma Black Historical Research Project | $125,000 |
| Operation Spring Plant | $22,500 |
| Rural Advancement Foundation International | $37,500 |
| Rural Advancement Fund | $100,000 |
| Rural Coalition | $100,000 |
| Inquiring Systems, Inc. *as fiscal sponsor for the benefit of* Southeastern African-American Organic Network | $50,000 |
| Southwest Georgia Project | $125,000 |
| United Farmers, USA | $50,000 |
| Whitaker Small Farm Group | $22,500 |
| Winston County Self Help Cooperative | $50,000 |

it is

FURTHER ORDERED that that the Claims Administrator shall, promptly upon request of Lead Class Counsel, distribute to the Federation of Southern Cooperatives up to $100,000 from the remaining settlement funds for the purpose of working with Lead Class Counsel to organize and fund the costs of a Phase II Conference; and it is

FURTHER ORDERED that Lead Class Counsel undertake a second review of the Black Belt Justice Center's application to determine whether it might be eligible for Phase I funding despite class counsel's initial recommendation and, on or before February 15, 2018, file a motion or notice informing the Court of its subsequent recommendation.

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

DATE: 1\10\18

3